The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAMBRIA GRANT, an individual.<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>F5 NETWORKS, INC., a Washington Corporation<br><br>　　　　　　　Defendant. | No. 2:20-cv-00355-RSM<br><br>ORDER OF DISMISSAL WITH PREJUDICE<br><br>**CLERK'S ACTION REQUIRED** |

**ORDER**

Based on the parties' Stipulation of Dismissal with Prejudice, it is hereby ORDERED, ADJUDGED AND DECREED that Plaintiff Cambria Grant's above-referenced action against Defendant F5 Networks, Inc. is hereby DISMISSED WITH PREJUDICE, with each side to bear its own attorneys' fees, costs, and expenses.

IT IS SO ORDERED this 28th day of July, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL WITH
PREJUDICE - 1
Case No. 2:20-cv-00355-RSM

K&L GATES LLP
925 FOURTH AVENUE SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Presented by:

| MBE LAW GROUP PLLC | K&L GATES LLP |
|---|---|
| By: *s/Lisa A. Burke* <br> Lisa A. Burke, WSBA #42859 <br> By: *s/David Martin* <br> David Martin, WSBA #38325 <br> MBE Law Group PLLC <br> 1001 Fourth Avenue, Suite 3200 <br> Seattle, WA 98154 <br> Telephone: (206) 400-7722 <br> Email: lburke@mbelg.com <br>             dmartin@mbelg.com <br><br> Attorney for Plaintiff Cambria Grant | By: *s/Ryan D. Redekopp* <br> Ryan D. Redekopp, WSBA # 36853 <br> K&L Gates LLP <br> 925 Fourth Ave., Suite 2900 <br> Seattle, WA 98104-1158 <br> Telephone: (206) 623-7580 <br> Email: ryan.redekopp@klgates.com <br><br> F5 Networks, Inc. <br><br> By: *s/Suzanne J. Thomas* <br> Suzanne J. Thomas, WSBA #17338 <br><br> F5 Networks, Inc. <br> 801 Fifth Avenue <br> Seattle, WA 98104 <br> Telephone: (206) 272-6008 <br> Email: su.thomas@f5.com <br><br> Attorneys for Defendant F5 Networks, Inc. |

ORDER OF DISMISSAL WITH
PREJUDICE - 2
Case No. 2:20-cv-00355-RSM

K&L GATES LLP
925 FOURTH AVENUE SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022